LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.
KALEB D. ANDERSON, ESQ.
Nevada Bar No. 7582
DAVID A. CLARK, ESQ.
Nevada Bar No. 4443
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 - Telephone
(702) 382-1512 – Facsimile
kanderson@lipsonneilson.com
dclark@lipsonneilson.com

*Attorneys for Defendant Isla at South Shores HOA*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR THE HARBORVIEW MORTGAGE LOAN TRUST 2006-5,<br><br>Plaintiff,<br><br>v.<br><br>ISLA AT SOUTH SHORES HOMEOWNERS ASSOCIATION; DOE INDIVIDUALS I-X, inclusive; and ROE CORPORATIONS I-X, INCLUSIVE,<br><br>Defendants. | CASE NO.: 2:16-cv-02275<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR FILING DISPOSITIVE MOTION**<br><br>**(FIRST REQUEST)** |

Plaintiff, Deutsche Bank National Trust Company, as Trustee for the Harborview Mortgage Loan Trust 2006-5 ("Deutsche Bank"), and Defendant, Isla at South Shores Homeowners Association ("HOA"), by and through their respective attorneys of record, hereby stipulate and agree to the following:

1. On July 13, 2017, the Court entered a Stipulation and Order to Extend Discovery (Second Request) (ECF No. 20), which set a dispositive motion deadline of October 2, 2017.

2. Discovery in this matter has been completed.

Lipson, Neilson, Cole, Seltzer & Garin, P.C.
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500  FAX: (702) 382-1512

3. This suit involves a HOA-owned property, and there is no third-party purchaser involved. The parties want to defer the added expense of litigation by seeking a resolution of this matter, and are currently engaged in settlement discussions.

4. In view thereof, Parties herein request for additional 14 days within which to submit dispositive motions. Final Date to file dispositive motions shall be extended up to and including **October 16, 2017.**

5. There is no trial date scheduled as of yet.

6. This is the Parties' first request for extension of time to file dispositive motions. This stipulation is submitted based upon good cause and is not made for the purpose of delay.

| Dated this 27th day of September, 2017 | Dated this 27th day of September, 2017 |
|---|---|
| AKERMAN LLP | LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C. |
| By: */s/ Jesse Ransom*_____<br>Ariel E. Stern, Esq.<br>Melanie D. Morgan, Esq.<br>Jesse Ransom, Esq.<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144<br>*Attorneys for Plaintiff*<br>*Deutsche Bank* | By: */s/ David A. Clark*_____<br>Kaleb D. Anderson, Esq.<br>David A. Clark<br>9900 Covington Cross Drive, Suite 120<br>Las Vegas, NV 89144<br>*Attorneys for Defendant*<br>*Isla at South Shores HOA* |

**ORDER**

IT IS SO ORDERED.

DATED: September 28, 2017

_____
UNITED STATES MAGISTRATE JUDGE