ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
MELANIE D. MORGAN, ESQ.
Nevada Bar No.  8215
JESSE RANSOM, ESQ.
Nevada Bar No. 13565
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  ariel.stern@akerman.com
Email:  melanie.morgan@akerman.com
Email:  jesse.ransom@akerman.com

*Attorneys for Plaintiff Deutsche Bank
National Trust Company as Trustee for The
Harborview Mortgage Loan Trust 2006-5*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR THE HARBORVIEW MORTGAGE LOAN TRUST 2006-5,<br><br>Plaintiff,<br><br>vs.<br><br>ISLA AT SOUTH SHORES HOMEOWNERS ASSOCIATION; DOE INDIVIDUALS I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.:  2:16-cv-02275-GMN-GWF<br><br>**STIPULATION TO EXTEND DISCOVERY PLAN AND SCHEDULING ORDER DEADLINES BY 4 DAYS**<br><br>**[SECOND REQUEST]** |

Pursuant to LR 6-1 and LR 26-4, Plaintiff Deutsche Bank National Trust Company as Trustee for The Harborview Mortgage Loan Trust 2006-5, (**Deutsche**) and Defendant Isla at South Shores Homeowners Association (**HOA**) by and through their respective counsel of record, respectfully submit the following stipulation requesting a 4-day extension to file dispositive motions,

43149920;1

AKERMAN LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

AKERMAN LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

until Friday, October 20, 2017. In support of this Stipulation and Request, the parties state as follows:

1. Discovery in this matter has been completed.

2. The dispositive motion deadline originally set by the court on October 2, 2017 was extended via stipulation and order to October 16, 2017.

3. This suit involves a HOA-owned property, and there is no third-party purchaser involved. The parties want to defer the added expense of litigation by seeking a resolution of this matter, and are currently engaged in settlement discussions.

4. In view thereof, Parties herein request for additional 4 days within which to submit dispositive motions. Final Date to file dispositive motions shall be extended up to and including **October 20, 2017.**

5. There is no trial date scheduled as of yet.

///
///
///
///
///
///
///
///
///
///
///
///
///

43149920;1

6. This is the Parties' second request for extension of time to file dispositive motions. This stipulation is submitted based upon good cause and is not made for the purpose of delay.

Dated October 16, 2017.

AKERMAN LLP

/s/ Jesse Ransom
Melanie D. Morgan, Esq.
Nevada Bar No. 8215
Jesse Ransom, Esq.
Nevada Bar No. 13565
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

*Attorneys for Plaintiff*
*Deutsche Bank National Trust Company as Trustee for The Harborview Mortgage Loan Trust 2006-5*

LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.

/s/ David Clark
Kaleb B. Anderson, Esq.
Nevada Bar No. 7582
David A. Clark, Esq.
Nevada Bar No. 4443
9900 Covington Cross Dr., Ste. 120
Las Vegas, NV 89144

*Attorney for Defendant*
*Isla at South Shores Homeowners Association*

## ORDER

IT IS SO ORDERED:

_George Foley Jr._
UNITED STATES MAGISTRATE JUDGE

DATED: October 17, 2017

43149920;1

AKERMAN LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572