ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
JESSE RANSOM, ESQ.
Nevada Bar No. 13565
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: melanie.morgan@akerman.com
Email: jesse.ransom@akerman.com

*Attorneys for Plaintiff Deutsche Bank*
*National Trust Company as Trustee for The*
*Harborview Mortgage Loan Trust 2006-5*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR THE HARBORVIEW MORTGAGE LOAN TRUST 2006-5,<br><br>Plaintiff,<br><br>vs.<br><br>ISLA AT SOUTH SHORES HOMEOWNERS ASSOCIATION; DOE INDIVIDUALS I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 2:16-cv-02275-GMN-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE OPPOSITION TO MOTION TO DISMISS [ECF 26]**<br><br>**(FIRST REQUEST)** |

Pursuant to LR 6-1 and LR 26-4, Plaintiff Deutsche Bank National Trust Company as Trustee for The Harborview Mortgage Loan Trust 2006-5, (**Deutsche**) and Defendant Isla at South Shores Homeowners Association (**HOA**) by and through their respective counsel of record, respectfully agree and stipulate as follows:

1

43266326;1

AKERMAN LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

1. Deutsche filed a motion for summary judgment on October 20, 2017; Isla's response is due by Monday, November 13, 2017 (November 10, 2017 falls on a Court holiday). [ECF 30].

2. Isla filed a motion for to dismiss or in the alternative a motion for summary judgment on October 20, 2017; Deutsche's response is due by November 3, 2017. [ECF 26].

3. Counsel of Deutsche is currently preparing for trial, in addition to other dispositive deadlines in other cases, and requests additional time to fully prepare its opposition so this matter can briefed fully for the Court. Additionally, the parties are attempting to resolve the matter and request additional time to engage in discussions.

4. In view thereof, the Parties stipulate and agree to extend time for Deutsche to file its opposition to Isla's motion to the same date Isla's response is due, **November 13, 2017.**

5. There is no trial date scheduled as of yet.

6. This is the Deutsche's first request for extension of time to file its opposition to Isla's motion to dismiss. This stipulation is submitted based upon good cause and is not made for the purpose of delay.

Dated October 31, 2017.

| | |
|---|---|
| **AKERMAN LLP** | **LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.** |
| */s/ Jesse Ransom* | */s/ David Clark* |
| Melanie D. Morgan, Esq.<br>Nevada Bar No. 8215<br>Jesse Ransom, Esq.<br>Nevada Bar No. 13565<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144 | Kaleb B. Anderson, Esq.<br>Nevada Bar No. 7582<br>David A. Clark, Esq.<br>Nevada Bar No. 4443<br>9900 Covington Cross Dr., Ste. 120<br>Las Vegas, NV 89144 |
| *Attorneys for Plaintiff*<br>*Deutsche Bank National Trust Company as Trustee for The Harborview Mortgage Loan Trust 2006-5* | *Attorney for Defendant*<br>*Isla at South Shores Homeowners Association* |

**ORDER**

IT IS SO ORDERED.

DATED this  2  day of November, 2017

_____
GLORIA M. NAVARRO, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Case No.: 2:16-cv-02275-GMN-GWF

STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE OPPOSITION TO MOTION TO DISMISS [ECF 26]

AKERMAN LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

43266326;1