ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
JESSE RANSOM, ESQ.
Nevada Bar No. 13565
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: melanie.morgan@akerman.com
Email: jesse.ransom@akerman.com

*Attorneys for Plaintiff Deutsche Bank
National Trust Company as Trustee for The
Harborview Mortgage Loan Trust 2006-5*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR THE HARBORVIEW MORTGAGE LOAN TRUST 2006-5,<br><br>Plaintiff,<br><br>vs.<br><br>ISLA AT SOUTH SHORES HOMEOWNERS ASSOCIATION; DOE INDIVIDUALS I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 2:16-cv-02275-GMN-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR TO FILE ANY REPLY TO OPPOSITION TO MOTION TO DISMISS AND MOTION FOR SUMMARY JUDGMENT [ECF NO. 34 & 35]**<br><br>**(FIRST REQUEST)** |

Pursuant to LR 6-1 and LR 26-4, Plaintiff Deutsche Bank National Trust Company as Trustee for The Harborview Mortgage Loan Trust 2006-5, (**Deutsche**) and Defendant Isla at South Shores Homeowners Association (**HOA**) by and through their respective counsel of record, respectfully agree and stipulate as follows:

1

43266326;1

1. Isla filed an opposition to Deutsche's motion for summary judgment on November 13, 2017; Deutsche's reply is due by Monday, November 27, 2017. [ECF 34].

2. Deutsche filed an opposition to Deutsche's Motion to Dismiss or in the alternative Motion for Summary Judgment on November 13, 2017; Isla's reply is due by Monday, November 20, 2017. [ECF 35].

3. Counsel for Deutsche is preparing for a trial the first week of December in the Eighth Judicial District Court and will be out of the state from November 19–26, 2017. Additionally, the parties are attempting to resolve the matter and request additional time to engage in discussions.

4. In view thereof, the Parties stipulate and agree to extend time to file any reply brief to, **December 11, 2017.**

5. There is no trial date scheduled as of yet.

6. This is the the first request for extension of time to file replies. This stipulation is submitted based upon good cause and is not made for the purpose of delay.

Dated November 17, 2017.

| **AKERMAN LLP** | **LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.** |
|---|---|
| */s/ Jesse Ransom* | */s/ David Clark* |
| Melanie D. Morgan, Esq.<br>Nevada Bar No. 8215<br>Jesse Ransom, Esq.<br>Nevada Bar No. 13565<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144 | Kaleb B. Anderson, Esq.<br>Nevada Bar No. 7582<br>David A. Clark, Esq.<br>Nevada Bar No. 4443<br>9900 Covington Cross Dr., Ste. 120<br>Las Vegas, NV 89144 |
| *Attorneys for Plaintiff*<br>*Deutsche Bank National Trust Company as Trustee for The Harborview Mortgage Loan Trust 2006-5* | *Attorney for Defendant*<br>*Isla at South Shores Homeowners Association* |

43266326;1

**ORDER**

IT IS SO ORDERED:

DATED this 17 day of November, 2017

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

Case No.: 2:16-cv-02275-GMN-GWF

STIPULATION AND ORDER TO EXTEND TIME FOR TO FILE ANY REPLY TO OPPOSITION TO MOTION TO DISMISS AND MOTION FOR SUMMARY JUDGMENT [ECF NO. 34 & 35]

43266326;1